## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. RELIANCE BENEFIT ASSOCIATION, Respondent.
## SAME v. PIONEER MUTUAL BENEFIT ASSOCIATION, Respondent.
### Nos. 10797, 10798.

Circuit Court of Appeals, Ninth Circuit.

June 13, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, B. I. R., of Washington, D. C., for petitioner.

Henderson Stockton, of Phoenix, Ariz., for respondent Reliance Ben. Ass'n.

David P. Jones, of Phoenix, Ariz., for respondent Pioneer Mut. Ben. Ass'n.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of the petitioner in each of the above causes for dismissal of the petition to review in each cause, the motions being consented to by counsel for the respective respondents, and good cause therefor appearing, it is ordered that such motions be, and each hereby is, granted, that a judgment of dismissal be

filed in each cause and recorded in the minutes of this court and that the mandate of this court in each cause issue forthwith.